# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 03, 2023

No. 19-11200    Moody v. Lumpkin
                USDC No. 4:19-CV-298

Dear Counsel:

The parties are directed to submit letter briefs no later than Tuesday, February 7, 2023, on the applicability, if any, on this appeal of *Shinn v. Ramirez*, 142 S.Ct. 1718 (2022).

Please use the event code "appellant's/appellee's supplemental brief filed when electronically filing your letter brief.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Shirley M. Engelhardt, Deputy Clerk
                    504-310-7631

cc:
    Mr. Ari Cuenin
    Mr. Shannon Charles Hooks
    Ms. Susan Frances San Miguel